# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL METTEER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:10CV113 |
| v. ) | |
| ) | ORDER |
| SWIFT BEEF COMPANY, ) | |
| ) | |
| Defendant. ) | |

Upon notice of settlement given to the court on March 31, 2011, by Jonathan V. Rehm, counsel for the plaintiff, and Aaron A. Clark, counsel for the defendant,

**IT IS ORDERED that:**

1. **On or before the close of business on April 22, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The defendant's motion for summary judgment (Filing No. 31) is stayed until April 22, 2011.

DATED this 1st day of April, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge