IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL METTEER, | ) | CASE NO. 8:10-CV-113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SWIFT BEEF COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court on the parties' Stipulation for Joint Dismissal With Prejudice. The Court, being fully advised of the premises, finds that the stipulation should be, and the same hereby is, sustained.

THEREFORE, IT IS ORDERED that the above-captioned matter is hereby dismissed with prejudice, each party to bear their/its own costs and the complete record shall be waived.

Dated this 28th day of April 2011.

BY THE COURT,

*s/ Joseph F. Bataillon*
Chief District Judge